IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FLOR M. GARCIA, | Civil Action No.  5:25-cv-05725-CH |
| Plaintiff, | |
| v. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),  Plaintiff Flor M. Garcia and Defendant The Prudential Insurance Company of America, by and through their undersigned counsel, hereby stipulate and agree that all claims asserted in this action are dismissed with prejudice, with each party to bear its own attorneys' fees, costs, and expenses.

Date:  July 7, 2026                                      Respectfully submitted,

SEYFARTH SHAW LLP                          MORGAN & MORGAN, P.A.

  /s/ *Julie M. Kamps*_____                      __/s/ *Jo-Ellen Levy*_____
Julie M. Kamps (*pro hac vice)*                  Jo-Ellen Levy  (Bar #066785)
SEYFARTH SHAW LLP                          MORGAN & MORGAN
233 South Wacker Drive, Ste 8000            570 Crown Oak Centre Drive
Chicago, IL 60606                                  Longwood, FL 32570
Telephone: (312) 460-5000                      Telephone: (215) 861-0498
Facsimile: (312) 460-7000                      Facsimile: (215) 861-0523
Email: jkamps@seyfarth.com                    Email: joellenlevy@forthepeople.com

Jacob Oslick                                          Attorney for the Plaintiff
joslick@seyfarth.com
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 218-5500
Facsimile: (212) 218-5526

Attorneys for Defendant